# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1445**
**CAF 11-01150**
PRESENT: SMITH, J.P., FAHEY, PERADOTTO, CARNI, AND SCONIERS, JJ.

---

IN THE MATTER OF THOMAS EDWARD MORRISON,
PETITIONER-RESPONDENT,

               V                        ORDER

JESSICA DAWN MURRAY, RESPONDENT-APPELLANT.

---

ERICKSON WEBB SCOLTON & HAJDU, LAKEWOOD (PAUL V. WEBB, III, OF
COUNSEL), FOR RESPONDENT-APPELLANT.

BURGETT & ROBBINS, LLP, JAMESTOWN (KENNETH M. LASKER OF COUNSEL), FOR
PETITIONER-RESPONDENT.

MYRA V. BLASIUS, ATTORNEY FOR THE CHILD, JAMESTOWN, FOR LILLIANNA R.M.

---

     Appeal from an order of the Family Court, Chautauqua County (Paul
G. Buchanan, A.J.), entered August 30, 2010 in a proceeding pursuant
to Family Court Act article 6.  The order, inter alia, granted the
parties joint custody of their child.

     It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  December 23, 2011               Frances E. Cafarell
                                         Clerk of the Court